IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| vs. | ) | 8:18cr389-1 |
| | ) | |
| Wesley Dallas Ayers | ) | |

This matter came before the Court for Pretrial Conference on October 2, 2018.  At that time, the Court heard the motion of the defendant for a continuance of this case until the next term of court.

By requesting this continuance or consenting thereto the Defendant has waived his rights to a speedy trial.  The attorney for the Government does not oppose this request.

The Court finds that this continuance will serve the interests of justice, and that those interests outweigh the interests of the Defendant and the public in a more speedy disposition of this case.

IT IS THEREFORE ORDERED that the case against this defendant be continued until the next term of court.

IT IS FURTHER ORDERED that any periods of delay occasioned by the granting of this continuance are excludable under the provisions of Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

s/ Henry M. Herlong, Jr.
SENIOR UNITED STATES DISTRICT JUDGE

Greenville, South Carolina
Date: October 9, 2018