IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE # 8:18-CR-00389-HMH |
| | ) | |
| v. | ) | DEFENDANT'S MOTION TO SUPPRESS |
| | ) | WARRANTLESS SEIZURE |
| WESLEY DALLAS AYERS | ) | AND STATEMENT |

Now comes the Defendant Wesley Dallas Ayers, by and through his undersigned counsel, who moves this Court, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, to suppress all evidence seized as a result of a search warrant executed at 909 Travis Road, Anderson, South Carolina on or about March 3, 2018. Mr. Ayers also moves this court to suppress all statements made by him at the time of this seizure.

The basis for this Motion is that there was no probable cause to support the issuance of the search warrants because the affidavit contained solely circumstantial evidence or statements by confidential informants who were neither credible nor reliable. Therefore, the search and resulting seizure were in violation of the Defendant's rights under the Fourth and Fourteenth Amendments to the United States Constitution.   A Memorandum in Support has been filed contemporaneously with this Motion.

*Signature Block Next Page*

Respectfully submitted,

RYAN L. BEASLEY, ATTORNEY AT LAW P.A.
Attorney for the Defendant

BY:     *s/Ryan L. Beasley*
        Ryan L. Beasley, Federal Bar No. #9162
        416 E. North Street
        Greenville, South Carolina 29601
        (864) 679-7777
        rlb@ryanbeasleylaw.com

Greenville, South Carolina
October 16, 2018