AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

In the Matter of the Search of                    )
*(Briefly describe the property to be searched*     )
*or identify the person by name and address)*       )        Case No.
                                                   )
The property located at 909 Travis Road, Anderson  )
South Carolina, 29626, to include all structures,  )
outbuildings and vehicles                          )

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ South Carolina _____
*(identify the person or describe the property to be searched and give its location)*:

The property located at 909 Travis Road, Anderson South Carolina, 29626, to include all structures, outbuildings and vehicles as more fully described in Attachment A to the Affidavit in Support of the Warrant Application.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of a crime, as more fully described in Attachment B to the Affidavit in Support of the Warrant Application.

**YOU ARE COMMANDED** to execute this warrant on or before   *March 16, 2018* *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Kevin F. McDonald _____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*   ☑ until, the facts justifying, the later specific date of _____ 05/30/2018 _____.

Date and time issued:  *March 2, 2018  11:45 a.m.*

City and state:    Greenville, SC

Judge's signature

Kevin F. McDonald, United States Magistrate Judge
*Printed name and title*

AYERS009500

AYERS009500

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3-9-2018

Returned
3/9/18

_Executing officer's signature_

JOHN F. DYAS    TFO
_Printed name and title_

AYERS009501

**AYERS009501**

## Attachment "C"

### Description of Items to be Searched for and Seized

1.    Assembled improvised explosive devices (IED), and unassembled components of these devices to include, but not limited to:

Containers used to confine explosives or conceal improvised explosive devices:

Metal, plastic or cardboard containers (i.e. pipe nipples, end caps, pvc pipe, cardboard tubes, copper tubing, CO2 containers, grenade bodies, or other improvised containers;

Explosive filler material to include, but not limited to:

Powders (i.e., black powder, smokeless powder, Pyrodex, flash powder, improvised powders, powder removed from ammunition), match heads, or

Commercially manufactured high explosives materials (i.e., cast boosters, C-4 or other plastic explosives, dynamites, slurries, emulsions, detonation cord, Tannerite), or military explosives to include TNT, deta sheet, C-4, or other military explosives to include explosives removed from live military ordnance;

Unmixed chemical powders, substances or liquid chemicals that can be combined to produce an explosive material, (i.e., citric acid, hexamine, hydrogen peroxide, nitric acid, mercury, potassium perchlorate, acetone, silver nitrate, potassium chlorate, muriatic acid, aluminum, ammonium nitrate, etc.)

Household powders, chemicals and items such as cane sugar, powdered sugar, charcoal, wood shavings and others items which could be used as a fuel in an explosive compound.

Mixing bowls, glassware or other containers, spoons, funnels, strainers or other mixing implements.

Commercially manufactured detonators, military detonators, fireworks or improvised detonators, either electric or non-electric or other initiating components to include but not limited to:

Filaments, light bulbs, rocket motors, fuses (i.e. commercially manufactured hobby fuse, Safety fuse, quick match, electric matches, squibs, military training fuses, or other improvised fuses;

Components used in the manufacture of improvised explosive devices, to include, but not limited to:

20

AYERS009502

AYERS009502

Wires/wiring, tape (i.e., electrical, duct, masking), automotive wiring and parts, HVAC wiring and parts, adhesives, wire connectors, shrink tube, wire ties, relays, switches, improvised switches, circuit boards, capacitors, batteries, E-cells or other power sources, and timing/remote control mechanisms;

Trash or debris from improvised explosive devices and/or components to include, but not limited to:

Packaging material for components (i.e., toggle switch packaging, electronic or mechanical timer packaging or instructions), parts/pieces of components, cut sections of electric detonator wires, delay tags, packaging for rocket motors, remnants of radio controlled cars, etc, and remnants of previously detonated improvised explosive devices.

Any items likely to be contaminated or show traces of any chemicals or explosive materials, including but not limited to clothing, hats, shoes, rugs, cushions, vacuum cleaner bags and attachments.

2.      Literature pertaining to the assembly, manufacture and functioning of explosive devices or materials, including, but not limited to: Books, pamphlets, drawings, sketches, diagrams, Photographs, photocopies, computer generated, or computer stored information of same.

3.      Documents and photographs, including personal mail, checkbooks, identification, notes, correspondence, utility bills, rent receipts, payment receipts, financial documents, keys, photographs, leases, mortgage bills, vehicle registration information, ownership warranties, receipts for vehicle parts and repairs, telephone answering machine introductions and photographs of themselves occupying their residence and/or vehicles(s) and other tangible evidence of their ownership and possession of the property listed in Attachment "A" or the vehicles listed in Attachment "B".

4.      Any digital device used to facilitate the possession of explosives, improvised explosive devices, and the manufacture of improvised explosive devices and forensic copies thereof.

      a.      With respect to any digital device containing evidence falling within the scope of the foregoing search categories, records, documents, programs, applications or materials, or evidence of the absence of the same, sufficient to show the actual user(s) of the digital device.

      b.      As used herein, the terms "records," "documents," "programs," "applications," and "materials" include records, documents, programs, applications, and materials created, modified, or stored in any form, including in digital form on any digital device and any forensic copies thereof.

21

AYERS009503

AYERS009503

c.    As used herein, the term "digital device" includes any electronic system or device capable of storing or processing data in digital form, including central processing units; desktop, laptop, notebook, and tablet computers; personal digital assistants; wireless communication devices, such as telephone paging devices, beepers, mobile telephones, and smart phones; digital cameras; peripheral input/output devices, such as keyboards, printers, scanners, plotters, monitors, and drives intended for removable media; related communications devices, such as modems, routers, cables, and connections; storage media, such as hard disk drives, floppy disks, memory cards, optical disks, and magnetic tapes used to store digital data (excluding analog tapes such as VHS); and security devices.

22

AYERS009504

AYERS009504