AO 187 (Rev. 7/87) Exhibit and Witness List    ⊕

# United States District Court

### District of South Carolina

USA
v.
Wesley Dallas Ayers

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 8:18CR389-1

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 2-5-19 | | | Theodore M. Socha |
| 1 | | | 2/5/19 | | Video of incident involving Bearden's |
| 12 | | | 2/5/19 | | Photo - Bearden's leg |
| 2 | | | 2/5/19 | | Photo - Black vest found @ |
| 3 | | | 2/5/19 | | Photo - back of vest, white writing |
| 4 | | | 2/5/19 | | Photo - bat wrapped in barbed wire |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | All exhibits presented electronically by AUSA and were not |
| | | | | | turned over to the Clerk. |

PRESIDING JUDGE: Henry M. Herlong, Jr.
PLAINTIFF'S ATTORNEY for USA: Jasan Brewer
DEFENDANT'S ATTORNEY: Ryan Beasley
TRIAL DATE(S): February 5, 2019
COURT REPORTER: Debra Bull
COURTROOM DEPUTY: S. Flanders

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.