DEC 4 2024 PM1:50
RCV'D - USDC G'VILLE SC

"11-25-24"

Hello, I need a copy of my plea agreement and court Docket sheet Please. My case number is 8:18 CR 389-1 and my name is Wesley Dallas Ayers #33285-171

"F.B.I # 44R7K7LNA"

Thank you