Wesley Ayers #33285-171
F.C.I Ray Brook
Po Box 900
Ray Brook, NY
12977

Jail mail

⇔33285-171⇔
Judge Herlong
Federal Court House
~~300 E Washington St~~
Greenville, SC 29601
United States

250 East North



ALBANY NY   120

29 NOV 2024  PM 3  L

29601-280099

ITEM X-RAYED BY
USMS

DEC 4 2024 PM1:50
RCV'D - USDC G'VILLE SC